**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ozzie JONES, Jr., Defendant–Appellant.**

**No. 01–7859.**

United States Court of Appeals, Fourth Circuit.

Submitted March 26, 2002.

Decided May 23, 2002.

Ozzie Jones, Jr., Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ozzie Jones, Jr., seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the

record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jones,* Nos. CR–90–99–H; CA–01–380–5–H (E.D.N.C. filed Aug. 13, 2001; entered Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*